UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 22  A 10: 40

CLERK _____

RONALD McDOUGLER

   V.                                          CV203-103

SHERYL RUSSELL, CAPTAIN
FNUK PROCTOR, SHERIFF BILL SMITH,
SGT FNUK NASON, SGT. DAVID MILLS
AND OFFICER HOPE BUTLER

                         JUDGMENT

     This action came on for trial before the Court and a jury, Honorable
James E. Graham, United States District Magistrate Judge, presiding,


     It is Ordered and Adjudged that in accordance with Plaintiff's
request that the claims against Sgt. Nason, Sgt. David Mills and Officer Hope
Butler be dismissed, judgment of dismissal is hereby entered as to those
Defendants.


     It is Further Ordered and Adjudged that in accordance with the Oral
Order granting Defendant Sheriff Bill Smith's motion for directed verdict,
judgment is hereby entered in favor of said Defendant.


     It is Further Ordered and Adjudged that in accordance with the jury
verdict, judgment is hereby entered in favor of Defendants, Captain Proctor
and Sheryl Russell and against the Plaintiff, Ronald McDougler. Said
Defendants shall have and recover their costs of Court, in their behalf
expended, such costs to be taxed by the Clerk of this Court.


     Dated this 22nd day of September, 2005.

                         SCOTT L. BOFF, CLERK

                         BY _____
                              Deputy Clerk

Approved:

_____
James E. Graham, U.S. Magistrate Judge


E.O.D.

9.22-0.
_____
   DATE

_____
   INITIALS